UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

Brand.com, Inc.

DEBTOR : BANKRUPTCY NO. 15-12565

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

    Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. After review of the debtor's records and assets, substantially all of the assets are subject to a lien in favor of Silicon Valley Bank and the administration would not provide a meaningful distribution to unsecured creditors. Accordingly, this case will proceed as a no asset case.

Dated: August 3, 2015
        /s/ Christine C. Shubert, Esquire
        Chapter 7 Trustee
        821 Wesley Avenue
        Ocean City, NJ 08226
        (609) 923-7184