United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 15-12565-jkf
Brand.com, Inc.                                                   Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Randi              Page 1 of 1              Date Rcvd: Nov 17, 2015
                               Form ID: 195             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2015.
db          #+Brand.com, Inc.,   601 Walnut Street, Suite 701E,   Curtis Center,
              Philadelphia, PA 19106-3384

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2015 at the address(es) listed below:
              AARON MATTHEW KELLY    on behalf of Interested Party John C. Monarch aaron@kellywarnerlaw.com,
               anne@kellywarnerlaw.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT , J100@ecfcbis.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DANA S. PLON   on behalf of Creditor    KPG MCG Curtis LLC dplon@sirlinlaw.com
              DANIEL ROBERT WARNER    on behalf of Interested Party John C. Monarch dan@kellywarnerlaw.com,
               anne@kellywarnerlaw.com
              ERIC L. SCHERLING    on behalf of Interested Party John C. Monarch escherling@cozen.com
              PAUL BRINTON MASCHMEYER    on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              ROBERT JOHN WILSON    on behalf of Creditor Alexander "Lex" Kogan bob@rwilsonlawfirm.com,
               sharon@rwilsonlawfirm.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor    Brand.com, Inc. robert@bravermanlaw.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Brand.com, Inc.  : Case No. 15–12565–jkf

      Debtor(s)

## *ORDER*
_____

    AND NOW, this day , November 17, 2015 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court